UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_ _ _ _ _ _ _ _ _

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER TURRYLE BRYANT,

        Defendant.
_____/         **INDICTMENT**

The Grand Jury charges:

## COUNT ONE
**(Transportation for Purposes of Prostitution)**

In about August 2012, in Ingham County and Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

**CHRISTOPHER TURRYLE BRYANT**

did knowingly transport a person in interstate commerce with the intent that such person engage in prostitution. Specifically, the defendant transported a person, Y.W., from Michigan to Arizona for such purpose.

18 U.S.C. § 2421

## COUNT TWO
### (Sex Trafficking by Force, Fraud, or Coercion)

Between on or about September 3, 2012, and on or about September 4, 2012, in Ingham County and Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

### CHRISTOPHER TURRYLE BRYANT

did attempt to and knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means in and affecting interstate commerce, a person, Y.W., knowing and in reckless disregard of the fact that means and threats of force, fraud, and coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act.

18 U.S.C. § 1591(a)(1), (b)(1), and (e)
18 U.S.C. § 1594(a)

- 3 -

## COUNT THREE
### (Sex Trafficking of a Child)

Between about April 2014 and about July 2014, in Ingham County, in the Southern Division of the Western District of Michigan,

**CHRISTOPHER TURRYLE BRYANT**

did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means in and affecting interstate commerce, a minor, B.R., knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years and would be caused to engage in commercial sex acts.

18 U.S.C. § 1591(a)(1), (b)(2), and (c)

## COUNT FOUR
### (Sex Trafficking of a Child)

On or about July 3, 2014, in Ingham County, in the Southern Division of the Western District of Michigan,

**CHRISTOPHER TURRYLE BRYANT**

did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means in and affecting interstate commerce, a minor, K.L., knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a)(1), (b)(2), and (c)

## FORFEITURE ALLEGATION
### (Transportation for Purposes of Prostitution)

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2428.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. § 2421, the defendant,

**CHRISTOPHER TURRYLE BRYANT,**

shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds that obtained, directly or indirectly, as a result of the offense.

If any of the property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

## FORFEITURE ALLEGATION
### (Sex Trafficking of a Child; Sex Trafficking by Force, Fraud, or Coercion)

The allegations contained in Counts Two, Three, and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 1594(d).

Pursuant to 18 U.S.C. 1594(d), upon conviction of an offense in violation of 18 U.S.C. § 1591, the defendant,

### CHRISTOPHER TURRYLE BRYANT,

shall forfeit to the United States, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 1594(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
TESSA K. HESSMILLER
Assistant United States Attorney